# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

155709 & (65)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

BILLY ROWE and ROBIN ROWE,
    Plaintiffs-Appellees/
    Cross-Appellants,

v

DETECTIVE/SERGEANT RONALD
AINSLIE,
    Defendant,
    Cross-Appellee,
and

TROOPER STEVE LAMB,
    Defendant,
and

TROOPER DENNIS MILBURN,
    Defendant-Appellant/
    Cross-Appellee.

SC: 155709
COA: 332566
Calhoun CC: 2013-001488-NO

_____/

    On order of the Court, the application for leave to appeal the March 21, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, there being no majority in favor of granting leave to appeal or taking other action.

    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



Clerk

t1115